IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRANDON MILLER                                                                                            PLAINTIFF

v.                                        Case No. 1:23-cv-01088

DOE                                                                                                                 DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 8.  Judge Bryant recommends that this case be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.  ECF No. 2.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*.  Plaintiff's Complaint (ECF No. 2) is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is hereby directed to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration.  Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal will not be taken in good faith.

**IT IS SO ORDERED**, this 25th day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge